STATE OF CONNECTICUT *v.* CURTIS B. HUDSON

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 804 (AC 30483), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Annacarina Jacob*, senior assistant public defender, in support of the petition.

*Sarah Hanna*, assistant state's attorney, in opposition.

Decided September 22, 2010

WILLIAM L. ANKERMAN *v.* COMMISSIONER OF CORRECTION

The petitioner William L. Ankerman's petition for certification for appeal from the Appellate Court, 122 Conn. App. 246 (AC 30527), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*William L. Ankerman*, pro se, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided September 22, 2010